# Court of Appeals
# of the State of Georgia

ATLANTA, February 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0419.  MAYER v. THE STATE.**

This case was docketed in this Court on October 28, 2015, thereby requiring the appellant's brief and enumeration of errors to be filed by November 17, 2015. When no brief or enumeration of errors was filed by that date, this Court, on December 28, 2015, ordered the appellant to file a brief and enumeration of errors no later than January 29, 2016, and stated that failure to comply could result in dismissal of the appeal. The appellant having failed to meet this extended deadline and having failed to offer a good and sufficient cause in writing to this Court explaining the failure, the above appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/11/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*